IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN L. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 05-1167-T-An |
| | ) | |
| GLEN TURNER, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On June 20, 2005, Plaintiff Steven L. Anderson, *pro se*, filed a motion for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was submitted for screening. On December 13, 2005, Plaintiff filed an amended motion. Plaintiff has now filed a motion for summary judgment. The motion is DENIED.

First, the matter is still being screened and, therefore, a response has not been ordered from the State. If a response is ordered, the parties will then have an opportunity to file the proper motions at the proper time. Additionally, the motion is denied because Plaintiff has not filed a supporting memorandum along with his motion as required by the local rules of this court. Plaintiff has referenced no facts in support of his motion to show that he is entitled to summary judgment. Consequently, Plaintiff's motion for summary judgment is DENIED.

IT IS SO ORDERED.

    s/ **James D. Todd**

JAMES D. TODD
UNITED STATES DISTRICT JUDGE